IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERMINIA CORONA et al., <br><br> Defendants. | Case No. 1:12-cv-01844 AWI JLT <br><br> **ORDER AFTER NOTICE OF SETTLEMENT** <br><br> **(Doc. 12)** |

On February 21, 2013, Plaintiff filed a notice of settlement of this matter. Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. No later than March 22, 2013, the parties **SHALL** file a stipulated request for dismissal;
2. All pending dates, including the scheduling conference, are **VACATED**.

**<u>Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. See Local Rules 110, 160.</u>**

IT IS SO ORDERED.

Dated:   **February 22, 2013**              **/s/ Jennifer L. Thurston**
                                                                       UNITED STATES MAGISTRATE JUDGE

1