Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Erminia Corona, et al.,<br><br>Defendants. | CASE NO. 1:12-cv-01844-AWI-JLT<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ERMINIA CORONA, individually and d/b/a CORONAS CANTINA Y COMIDA |

   **IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ERMINIA CORONA, individually and d/b/a CORONAS CANTINA Y COMIDA, that the above-entitled action is hereby dismissed **without prejudice** against ERMINIA CORONA, individually and d/b/a CORONAS CANTINA Y COMIDA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

   **IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by June 28, 2016, the dismissal shall be deemed to be **with prejudice.**

///

///

///

///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above and below shall bear its own attorneys' fees and costs.

Dated: February 22, 2013             *s/ Thomas P. Riley*
                                     **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                     By:  Thomas P. Riley
                                     Attorneys for Plaintiff
                                     J & J SPORTS PRODUCTIONS, INC.

Dated:  February 28, 2013            *s/ Elizabeth Estrada*
                                     **ALEXANDER & ASSOCIATES, PLC**
                                     By:  Elizabeth Estrada
                                     Attorneys for Defendant
                                     ERMINIA CORONA, individually and d/b/a
                                     CORONAS CANTINA Y COMIDA

IT IS SO ORDERED.

Dated:   March 8, 2013                    _____
                                          SENIOR  DISTRICT  JUDGE

**STIPULATION OF DISMISSAL**
**PAGE 2**