UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,**<br><br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**Erminia Corona, et al.,**<br><br>　　　　**Defendant**s. | **CASE NO. 1:12-CV-1844 AWI JLT**<br><br>**ORDER REFERRING PENDING MOTION FOR ATTORNEY FEES TO MAGISTRATE JUDGE JENNIFER L. THURSTON**<br><br>**ORDER DENYING REQUEST FOR COSTS WITHOUT PREJUDICE TO SUBMITTING A COST BILL**<br><br>**ORDER VACATING APRIL 14, 2014 HEARING DATE** |

　　Default judgment in this action has been awarded to Plaintiff J & J Sports Productions, Inc. Plaintiff has now filed a motion for costs and attorney's fees.

　　To the extent Plaintiff seeks costs, Plaintiff's motion must be denied at this time. As explained more fully in Local Rule 292, any request for costs shall be made by filing a cost bill with the Clerk of the Court.[1]　At this time, it is premature for the Court to make a final ruling regarding costs.

　　Also pending before the Court is Plaintiff's motion for attorney's fees. The Court finds that the pending motion for attorney's fees shall be referred to Magistrate Judge Jennifer L. Thurston pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72. Magistrate Judge Thurston is more familiar with the details of this action and time taken by the parties in preparing this action

---

[1]　The Court's standard cost bill form is available on the Court's website.

than the undersigned. The Court finds it judicially efficient for Judge Thurston to address Plaintiff's motion for attorney's fees.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion for costs is DENIED without prejudice;
2. The pending motion for attorney's fees is REFERRED to Magistrate Judge Thurston;
3. The April 14, 2014 hearing before the undersigned is VACATED; and
4. If Magistrate Judge Thurston desires a hearing on the pending motion, Magistrate Judge Thurston's Chambers will contact the parties and set a hearing date at Magistrate Judge Thurston's convenience.

IT IS SO ORDERED.

Dated:   April 11, 2014

SENIOR DISTRICT JUDGE

2