UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERMINA CORONA, et al., <br><br> Defendants. | Case No.: 1:12-cv-01844 - AWI - JLT <br><br> ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES <br><br> (Docs. 28, 31) |

Plaintiff J & J Sports Productions, Inc. seeks an award of attorneys' fees pursuant to 47 U.S.C.§ 553, following the entry of default judgment against Raul Ortega Corona, individually and doing business as Coronas Cantina Y Comida. (Doc. 28.) On April 16, 2014, the Magistrate Judge found Plaintiff is an aggrieved party as defined by 47 U.S.C. § 553, and recommended fees in the amount of $1,132.50 be awarded. (Doc. 31.)

The parties were granted fourteen days to file objections to the Findings and Recommendations. (Doc. 31 at 6.) Although the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order," (id., citing Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991)), no objections were filed. In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and Britt v. Simi Valley United School Dist., 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a de novo review of the action. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations are supported by the record and by proper analysis.

1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Findings and Recommendations filed April 16, 2014 (Doc. 31) are **ADOPTED IN FULL**; and
2. Plaintiff's motion for attorneys' fees (Doc. 28) is **GRANTED** in the amount of $1,132.50.

IT IS SO ORDERED.

Dated:   May 2, 2014

SENIOR   DISTRICT   JUDGE

2